IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 18–19–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LEVITICUS LEE LEVERITT, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 95). Forfeiture proceedings having been completed administratively,

IT IS ORDERED that the United States' Motion (Doc. 95) is GRANTED and the forfeiture action in this case is DISMISSED.

DATED this 5th day of April, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

-1-